# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MONIQUE TOLSTON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | 8:16CV176 |
| CHARLES DREW HEALTH CENTER, INC., | ) ) ) | ORDER |
| Defendant. | ) ) | |

This matter comes before the Court on the Joint Motion to Continue/Stay All Deadlines (Filing No. 87). The parties jointly request a continuance of the deadlines set forth in the Order Setting Final Progression of Case (Filing No. 20) until after the Court rules on the parties' pending discovery motions. The Court has now entered an Order resolving the pending discovery motions and finds good cause exists to extend the deadlines set forth in the Final Progression Order. Accordingly,

**IT IS ORDERED:**

1. The Joint Motion to Continue/Stay All Deadlines (Filing No. 87) is granted;

2. The Final Pretrial Conference currently set for July 24, 2017, and trial set to commence August 14, 2017, are canceled, and will be re-set by further order of the Court.

3. The parties are to jointly meet and confer and submit to the assigned magistrate judge a newly proposed progression schedule for the case, on or before July 21, 2017.

**DATED:** June 30, 2017.

                                             **BY THE COURT:**

                                             s/ F.A. Gossett, III
                                             **United States Magistrate Judge**