IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MONIQUE TOLSTON,<br><br>        Plaintiff,<br><br>vs.<br><br>CHARLES DREW HEALTH CENTER, Inc.;<br><br>        Defendant. | **8:16CV176**<br><br>**ORDER** |

This court's order dated June 30, 2017, (Filing No. 88) granted Plaintiff a reasonable amount of attorney's fees incurred in filing its motion to compel (Filing No. 50), pursuant to Fed. R. Civ. P. 37(a)(5)(A). Plaintiff and Defendant met and conferred and filed a Stipulation Regarding Attorney's Fees (Filing No. 100), as ordered by the Court. The Court has reviewed the stipulation and finds the stipulated amount of $4,008.75 for attorney's fees is reasonable. Accordingly,

**IT IS ORDERED:**

1. The Joint Stipulation Regarding Attorney's Fees and Costs (Filing No. 100) is granted.

2. Defendant shall submit payment to Powers Law in the amount of $4,008.75 via check payable to the order of Powers Law and delivered to Powers Law on or before September 15, 2017.

**DATED** this 1st day of September, 2017.

                                            **BY THE COURT:**

                                            s/ Michael D. Nelson
                                            **United States Magistrate Judge**