## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MONIQUE TOLSTON, | ) | Case No. 8:16-CV-176 |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **DEFENDANT'S WITHDRAWAL OF** |
| | ) | **MOTION TO STRIKE** |
| CHARLES DREW HEALTH CENTER, INC., | ) | **AND PROHIBIT CONSIDERATION OF** |
| | ) | **PLAINTIFF'S BRIEF IN OPPOSITION TO** |
| | ) | **MOTION FOR SUMMARY JUDGMENT** |
| Defendant. | ) | |

COMES NOW Defendant, Charles Drew Health Center, Inc., by and through its undersigned counsel, and hereby withdraws its Motion to Strike and Prohibit Consideration of Plaintiff's Brief in Opposition to Motion for Summary Judgment.

DATED this 29th day of September, 2017.

    CHARLES DREW HEALTH CENTER, INC.,
    Defendant,

BY:   /s/ Kathryn A. Dittrick
      Kathryn A. Dittrick, #23513
      Rhianna A. Kittrell, #25366
of:   FRASER STRYKER PC LLO
      500 ENERGY PLAZA
      409 South 17th Street
      Omaha, Nebraska 68102-2663
      (402) 341-6000
      (402) 341-8290 - fax
      kdittrick@fraserstryker.com
      rkittrell@fraserstryker.com
      ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

This is to certify that on the 29th day of September, 2017, a copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system which sends notification of such filing to all counsel of record.

    /s/ Kathryn A. Dittrick

1751971 v1